# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/13/2020

November 13, 2020

**By ECF**
Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**APPLICATION GRANTED**
**SO ORDERED**

11/13/20    /s/ John G. Koeltl
John G. Koeltl, U.S.D.J.

**Re:  United States v. Jameen Walker**
       **20 CR 554 (JGK)**

Dear Judge Koeltl:

I write, with the consent of the Government, to request a modification of Mr. Walker's bail condition to remove the requirement of one co-signer to the bond.

On October 30, 2020, Mr. Walker was released, with the agreement of the Government, on a $100,000 personal recognizance bond to be co-signed by one co-signer for moral suasion. He was placed under Pre-Trial supervision and ordered to check in with Pre-Trial Services by telephone not less than two times a week. The following additional conditions be also imposed:

1. Travel restricted to SDNY/EDNY
2. Surrender all travel documents and no new applications
3. Drug testing and treatment as directed by Pre-Trial Services
4. Mental health evaluation and treatment as directed by Pre-TrialServices
5. Submit to urinalysis and if positive, add condition of drug testing and treatment
6. Continue to seek employment.

Mr. Walker is in full compliance with the above conditions of release but, to date, he has not been able to secure a co-signer to his bond. He is presently living in a homeless shelter and, unfortunately, has minimal support from family. Despite several attempts, it appears unlikely that a co-signer will be located.

Therefore, I respectfully request that the Court modify Mr. Walker's bail conditions by removing the condition requiring a co-signer for moral suasion.

Respectfully submitted,

*/s/ Amy Gallicchio*

Amy Gallicchio
Assistant Federal Defender
O: 212-417-8728
M: 917-612-3274

Cc   AUSA Katherine Reilly
     AUSA Dina McLeod